RECEIVED
IN LAKE CHARLES, LA.
SEP 18 2015
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DONALD JOE BARBER, | * | CIVIL ACTION NO. 2:14-cv-2227 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| CHARLES MAIORANA, ET AL., | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 33] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the plaintiff's Objections [Doc. 34], and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that plaintiff's complaint [Docs. 1 & 28] against defendants Maiorana, Sonnier, Galante, McGee, Almondinger, Perkins, Buxton, Curry, Melder, Goodin, DeVille, Alexander, Rainey, and unknown defendants be and hereby is **DISMISSED WITH PREJUDICE,** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i), (ii), and (iii).

**IT IS FURTHER ORDERED** that the plaintiff's civil rights action against Cullman County Detention Center defendants Nurse Adam, Warden Potter, and Deputy Campbell be

2

transferred to the United States District Court for the Northern District of Alabama for further consideration.

Lake Charles, Louisiana, this 17 day of _____Sept_____, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE